MARK S. RUBIN (#117361550)
RUBIN & ASSOCIATES, P.C.
13601 PRESTON ROAD, SUITE 500E
DALLAS, TX 75240
(214)760-7777
(214)760-9100 FAX

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: LARRY R. JONES | § | CASE NO: 21-30081 |
| | § | |
| Debtors | § | CHAPTER 7 |

### AFFIDAVIT OF DEBTOR
### SECTION 521 (a)(1)(B)(iv) COMPLIANCE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME the undersigned authority on this day personally appeared LARRY R. JONES, who being by me duly sworn, upon oath deposed and stated as follows:

"1. My name is LARRY R. JONES, and I am the Debtor, in the above-captioned bankruptcy proceeding.

2. I am over the age of twenty-one (21), am competent to make this affidavit and have personal knowledge of the following statements.

3. During the six (6) months prior to filing bankruptcy, I have been unemployed since October 2020, and received only Unemployment Compensation since.

The foregoing facts are of my own personal knowledge and belief and, if called upon to appear as a witness, I could, and would, testify competently thereto. I declare under penalty of perjury that to the best of my knowledge the foregoing facts are true and correct."

FURTHER, AFFIANT SAYETH NOT.

Dated this the 15 day of January, 2021.

_____
LARRY R. JONES

SUBSCRIBED AND SWORN to on this the 15th day of JANUARY, 2021.

LUISA RUIZ
ID #132707864
My Commission Expires
October 02, 2024

_____
Notary Public in and for the State of Texas

AFFIDAVIT OF DEBTOR - PAGE 2

## Payment Details by Week

**Claimant Information**

Name:

LARRY R JONES

Social Security Number (SSN):

XXX-XX-7148

### Dec 27, 2020 to Jan 02, 2021

TWC Processed Date:

Jan 05, 2021

Amount Deposited:

$635.00

Deduction(s)

Child Support:

$200.00

### Dec 20, 2020 to Dec 26, 2020

TWC Processed Date:

Jan 05, 2021

Amount Deposited:

$335.00

Deduction(s)

Child Support:

$200.00

### Dec 13, 2020 to Dec 19, 2020

TWC Processed Date:

Dec 23, 2020

Amount Deposited:

$335.00

Deduction(s)

Child Support:

$200.00

### Dec 06, 2020 to Dec 12, 2020

TWC Processed Date:

Dec 23, 2020

Amount Deposited:

$335.00

Deduction(s)

Child Support:
$200.00

## Nov 29, 2020 to Dec 05, 2020

TWC Processed Date:
Dec 08, 2020

Amount Deposited:
$335.00

Deduction(s)
Child Support:
$200.00

## Nov 22, 2020 to Nov 28, 2020

TWC Processed Date:
Dec 08, 2020

Amount Deposited:
$335.00

Deduction(s)
Child Support:
$200.00

## Nov 15, 2020 to Nov 21, 2020

TWC Processed Date:
Nov 24, 2020

Amount Deposited:
$335.00

Deduction(s)
Child Support:
$200.00

## Nov 08, 2020 to Nov 14, 2020

TWC Processed Date:
Nov 24, 2020

Amount Deposited:
$335.00

Deduction(s)
Child Support:
$200.00

## Nov 01, 2020 to Nov 07, 2020

TWC Processed Date:

**Nov 12, 2020**

**Amount Deposited:**

$335.00

Deduction(s)

Child Support:

**$200.00**

## Claim and Payment Status

### Claimant Information

| | |
|---|---|
| Name: | LARRY R JONES |
| Social Security Number (SSN): | XXX-XX-████ |

🖶 Printer-friendly Summary

### Waiting Week

TWC cannot pay you for the first week of your claim, also known as the 🖶 waiting week, until you return to full-time work or exhaust your benefits. If you return to full-time work before exhausting your benefits, you must inform TWC in order to receive payment for that first week. To report that you returned to full-time work, select 🖶 Request your Waiting Week from the Quick Links.

### Claim Information

| | |
|---|---|
| Claim Type: | Regular Unemployment Benefits |
| Claim Start Date: | Oct 11, 2020 |
| 🖶 Weekly Benefit Amount: | $535.00 |
| Maximum Possible Benefits: | $13,910.00 |
| Benefits Paid to Date: | $535.00 |
| 🖶 Benefits Remaining: | $13,375.00 |
| Next Date to Request Payment: | This week on your scheduled filing day or Thursday through Saturday |
| Your Scheduled Filing Day is: | MONDAY |

### Most Recent Payment

| | |
|---|---|
| 🖶 TWC Processed Date: | Nov 02, 2020 |
| 🖶 Amount Deposited: | $335.00 |
| 🖶 Deduction(s) | |
| Child Support: | $200.00 |
| For Week(s): | Oct 18, 2020 to Oct 24, 2020 |

### Payment Summary

🖶 Printer-friendly Summary

View Payment Details by Week

1-2 of 2

| Week(s) | TWC Processed Date | Deduction(s) | Payment |
|---|---|---|---|
| Oct 18, 2020 to Oct 24, 2020 | Nov 02, 2020 | $200.00 | $335.00 |
| Oct 11, 2020 to Oct 17, 2020 | Oct 27, 2020 | $0.00 | $0.00 |

Page 1



**GISD** — GARLAND INDEPENDENT SCHOOL DISTRICT

| | | | |
|---|---|---|---|
| **Employee Full Name** | Larry R. Jones | **Employer Name** | Lakeview Centennial High School |
| **Job Title** | 8868.SECONDARY TEACHER | **Employer Phone Number** | 972-240-3740 |
| **National Identifier** | XXX-XX-▓▓▓▓ | **Organization** | Lakeview Centennial High School |
| **Employee Number** | ▓▓▓▓▓ | **Pay Basis** | Contract Prof |
| **Latest Hire Date** | 11-Aug-2016 | **Frequency** | Week |
| **Original Hire Date** | 11-Aug-2016 | **Shift** | |
| **Adjusted Service Date** | | **Bargaining Unit** | |
| **Assignment Number** | ▓▓▓▓▓ | **Collective Agreement** | |
| **Location** | Lakeview Centennial High School | **Contract** | |
| **Position** | LCHSTE.0200.TEACHER AGRI SCIENCE PRODUCTION | **Grade** | 100 |
| **Payroll** | GISD Monthly | | |
| **Employee Address** | 1413 Silo Rd #1401 Bonham, TX 75418 US | **Employer Address** | Lakeview Centennial High School 3505 Hayman Drive Garland, TX 75043 US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Calendar Month | 27-Oct-2020 | 01-Oct-2020 | 31-Oct-2020 | 303.24 | 303.24 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,171.10 | 331.79 | 244.97 | 994.03 | 1,600.31 |
| YTD | 57,221.02 | 5,433.45 | 6,608.30 | 9,738.65 | 35,440.62 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Contract Rate Prof | 0.00 | 5,635.21 | 0.00 | 55,865.60 |
| DOCK PROF | 71.25 | -2,880.78 | 71.25 | -2,880.78 |
| RETRO PROF | 0.00 | 0.00 | 0.00 | 69.50 |
| Extra Period Stipend HS | 0.00 | 416.67 | 0.00 | 4,166.70 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS DEP | 244.17 | 4,405.99 |
| VISION | 0.00 | 97.92 |
| DENTAL PPO | 0.00 | 330.30 |
| Hospital Indemnity | 15.62 | 31.24 |
| TRS ACTIVE CARE | 72.00 | 568.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 200.26 | 5,793.49 |
| Medicare | 44.71 | 814.81 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| CS | 867.00 | 8,670.00 |
| TRS INS | 20.61 | 371.97 |
| VOL GROUP TERM LIFE | 70.35 | 140.70 |
| Critical Illness | 29.01 | 58.02 |
| ACCIDENT | 7.06 | 70.60 |
| GUL | 0.00 | 427.36 |

### Accruals

| Description | Balance |
|---|---|
| Local Leave (Hours) | 0.00 |
| State Personal Leave (Hours) | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | 0.00 | 0.00 | 0.00 |
| Federal | Single | 2 | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 176335110 | First Convenience Bank | C | XXXX▓▓▓▓ | 1,600.31 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | 867.00 |

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found



Page 1

| | | | | |
|---|---|---|---|---|
| Employee Full Name | Larry R. Jones | | Employer Name | Lakeview Centennial High School |
| Job Title | 8868.SECONDARY TEACHER | | Employer Phone Number | 972-240-3740 |
| National Identifier | XXX-XX-XXXX | | Organization | Lakeview Centennial High School |
| Employee Number | | | Pay Basis | Contract Prof |
| Latest Hire Date | 11-Aug-2016 | | Frequency | Week |
| Original Hire Date | 11-Aug-2016 | | Shift | |
| Adjusted Service Date | | | Bargaining Unit | |
| Assignment Number | | | Collective Agreement | |
| Location | Lakeview Centennial High School | | Contract | |
| Position | LCHSTE.0200.TEACHER AGRI SCIENCE PRODUCTION | | Grade | 100 |
| Payroll | GISD Monthly | | | |
| Employee Address | 1413 Silo Rd #1401 Bonham, TX 75418 US | | Employer Address | Lakeview Centennial High School 3505 Hayman Drive Garland, TX 75043 US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Calendar Month | 27-Aug-2020 | 01-Aug-2020 | 31-Aug-2020 | 303.24 | 303.24 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 6,538.05 | 605.37 | 820.35 | 969.98 | 4,142.35 |
| YTD | 47,998.04 | 4,511.35 | 5,654.00 | 7,731.86 | 30,100.83 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Contract Rate Prof | 0.00 | 5,635.21 | 0.00 | 44,595.18 |
| RETRO PROF | 0.00 | 69.50 | 0.00 | 69.50 |
| Extra Period Stipend HS | 0.00 | 833.34 | 0.00 | 3,333.36 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS DEP | 503.43 | 3,695.83 |
| DENTAL PPO | 36.70 | 293.60 |
| TRS ACTIVE CARE | 53.00 | 424.00 |
| VISION | 12.24 | 97.92 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 727.02 | 4,969.85 |
| Medicare | 93.33 | 684.15 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| CS | 867.00 | 6,936.00 |
| GUL | 53.42 | 427.36 |
| TRS INS | 42.50 | 312.02 |
| ACCIDENT | 7.06 | 56.48 |

### Accruals

| Description | Balance |
|---|---|
| Local Leave (Hours) | 15.00 |
| State Personal Leave (Hours) | 71.25 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | 0.00 | 0.00 | 0.00 |
| Federal | Single | 2 | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 174376284 | First Convenience Bank | C | XXXX | 4,142.35 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | 867.00 |

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found

Page 1



## GISD
GARLAND INDEPENDENT SCHOOL DISTRICT

| | | | |
|---|---|---|---|
| Employee Full Name | Larry R. Jones | Employer Name | Lakeview Centennial High School |
| Job Title | 8868.SECONDARY TEACHER | Employer Phone Number | 972-240-3740 |
| National Identifier | XXX-XX-7148 | Organization | Lakeview Centennial High School |
| Employee Number | 0984 | Pay Basis | Contract Prof |
| Latest Hire Date | 11-Aug-2016 | Frequency | Week |
| Original Hire Date | 11-Aug-2016 | Shift | |
| Adjusted Service Date | | Bargaining Unit | |
| Assignment Number | 0984 | Collective Agreement | |
| Location | Lakeview Centennial High School | Contract | |
| Position | LCHSTE.0200.TEACHER AGRI SCIENCE PRODUCTION | Grade | 100 |
| Payroll | GISD Monthly | | |
| Employee Address | 1413 Silo Rd #1401 Bonham, TX 75418 US | Employer Address | Lakeview Centennial High School 3505 Hayman Drive Garland, TX 75043 US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Calendar Month | 27-Jul-2020 | 01-Jul-2020 | 31-Jul-2020 | 299.50 | 299.50 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,565.71 | 530.50 | 608.80 | 963.66 | 3,462.75 |
| YTD | 41,459.99 | 3,905.98 | 4,833.65 | 6,761.88 | 25,958.48 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Contract Rate Prof | 0.00 | 5,565.71 | 0.00 | 38,959.97 |
| Extra Period Stipend HS | 0.00 | 0.00 | 0.00 | 2,500.02 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS DEP | 428.56 | 3,192.40 |
| DENTAL PPO | 36.70 | 256.90 |
| TRS ACTIVE CARE | 53.00 | 371.00 |
| VISION | 12.24 | 85.68 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 529.58 | 4,242.83 |
| Medicare | 79.22 | 590.82 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| CS | 867.00 | 6,069.00 |
| GUL | 53.42 | 373.94 |
| TRS INS | 36.18 | 269.52 |
| ACCIDENT | 7.06 | 49.42 |

### Accruals

| Description | Balance |
|---|---|
| Local Leave (Hours) | 15.00 |
| State Personal Leave (Hours) | 71.25 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | 0.00 | 0.00 | 0.00 |
| Federal | Single | 2 | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 173292144 | First Convenience Bank | C | XXXXX1677 | 3,462.75 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | 867.00 |

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found